**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELA PURDY,

     Plaintiff,

v.                               Case No.:

CREDIT PROTECTION ASSOCIATION,
L.P.,

     Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, Credit Protection Association, L.P. ("CPA"), by and through its undersigned attorneys, for its Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446, and in support thereof, states as follows:

1.     On or about October 17, 2019, Plaintiff, Angela Purdy, filed a Complaint against CPA in the County Court for the Tenth Judicial Circuit in and for Polk County, Florida – Small Claims Division styled *Angela Purdy v. Credit Protection Association, LP*; case number 2019 SC-006619-0000-LK, alleging a federal cause of action against CPA for purported violations of the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff also asserts a statutory claim against CPA for alleged violations of the FCCPA.

2.     Process was served upon CPA on or about October 31, 2019.

3.     CPA files with this Notice true and correct copies of all pleadings filed in the above-referenced State Court action.

4.     This Notice was timely filed with the Clerk of the United States District Court after service of the Complaint upon the Defendant. 28 U.S.C. § 1446(b).

5.     28 U.S.C. § 1441(b) provides as follows:

(b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

6.      Plaintiff alleges that CPA violated §§ 1692e, 1692e(10) 1692e(5) and 1692e(8), of the FDCPA in its attempted collection of Plaintiff's debt.  Plaintiff seeks recovery of statutory damages, actual damages, and reasonable attorney's fees under the FDCPA.

7.      In the Complaint, Plaintiff alleges that CPA was acting as a debt collector in attempting to collect a debt from Plaintiff.

8.      The Plaintiff's Complaint invokes federal question jurisdiction because the allegations involve claims under the FDCPA, 15 U.S.C. §1692 *et seq*.

9.      The United States District Court for the Middle District of Florida has jurisdiction over the Plaintiff's claim due to the fact that the allegations against CPA contained in the Complaint arise under the Constitution, laws or treaties of the United States.  28 U.S.C. §1331.

10.     The District Court may exercise supplemental jurisdiction over the FCCPA claims asserted against CPA pursuant to 28 U.S.C. § 1367, because the FCCPA claims against the Defendant are so related with the claims under the FDCPA that they form part of the same case or controversy under Article III, United States Constitution, as the allegations all deal with the alleged conduct of Defendant in collecting an alleged debt from the Plaintiff.

11.     Promptly after the filing of this notice of removal, CPA will file a copy of same with the clerk of the County Court of Polk County, Florida and a notice of filing notice of removal, as required by 28 U.S.C. § 1446.  Written notice of the filing of this notice of removal is also being served upon counsel for the Plaintiff.

0859800\304785308.v1

12.     CPA reserves the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

WHEREFORE, the Defendant, Credit Protection Association, L.P., respectfully requests that this case proceed in this court as an action properly removed to it.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a true and correct copy of the foregoing was furnished via electronic mail to counsel for Plaintiff:  Bryan J. Geiger, Esquire, Seraph Legal, P.A., 2002 East 5th Avenue, Suite 104, Tampa, Florida 33605 BGeiger@seraphlegal.com.

Respectfully submitted,


*/s/ Ruel W. Smith*
Ruel W. Smith
Florida Bar Number 0036548
rsmith@hinshawlaw.com
Andrew J. J. Collinson
Florida Bar Number 0055552
acollinson@hinshawlaw.com
Hinshaw & Culbertson LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Tel: 813-276-1662
Fax: 813-276-1956
Attorneys for Defendant, Credit Protection
Association, L.P.

0859800\304785308.v1