IN THE COUNTY COURT OF POLK COUNTY, FLORIDA
CLAIMS DIVISION
CASE NO. 2019SC-006619-0000-LK

ANGELA PURDY
%BRYAN J. GEIGER, ESQUIRE
2002 E 5TH AVE, SUITE 104
TAMPA, FL 33605
          PLAINTIFF

vs.

CREDIT PROTECTION ASSOCIATION LP
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324
          DEFENDANT

### SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE

**YOU ARE HEREBY COMMANDED to serve this NOTICE and a copy of the COMPLAINT upon: CREDIT PROTECTION ASSOCIATION LP**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the POLK COUNTY GOVERNMENT CENTER, 930 East Parker Street, Courtroom 216, Lakeland, Florida on the **25th** day of **November, 2019**, at **10:00 AM** for a PRETRIAL CONFERENCE before a judge of this court.

**IMPORTANT-- READ CAREFULLY THE CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES--APPEAR IN PERSON OR BY ATTORNEY.**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

    Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

    The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and

addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

**WITNESS MY HAND and Official Seal of this Court on 23rd day of October, 2019.**

STACY M. BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT
930 EAST PARKER ST., ROOM 240
PHONE (863) 534-4000

By _Melinda Johnson_
       Deputy Clerk

## REQUESTS FOR ACCOMMODATIONS
## BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, 255 N. Broadway Avenue, Bartow, Florida 33830, (863) 534-4686, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

 **CT Corporation**

**Service of Process Transmittal**
10/31/2019
CT Log Number 536544626

**TO:** Jeff Davidson
Etan Industries Group, Inc.
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

**RE:** Process Served in Florida

**FOR:** Credit Protection Association, L.P. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Angela Purdy, Pltf. vs. Credit Protection Association, LP, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons/Notice, Request, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Polk County Court, FL<br>Case # 2019SC0066190000LK |
| **NATURE OF ACTION:** | Complaint for violation of the FDCPA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/31/2019 at 10:36 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | 11/25/2019 at 10:00 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Bryan J. Geiger<br>Seraph Legal, P. A.<br>2002 E. 5th Ave., Suite 104<br>Tampa, FL 33605<br>813-567-1230 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/31/2019, Expected Purge Date: 11/05/2019<br><br>Image SOP<br><br>Email Notification, Jeff Davidson  jeffd@creditprotect.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2929 Allen Pkwy Ste 3300<br>Houston, TX 77019-7112 |
| **For Questions:** | 866-887-5232<br>SouthTeam3@wolterskluwer.com |

Page 1 of 1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE COUNTY COURT OF POLK COUNTY, FLORIDA
CIVIL DIVISION
MEMORANDUM

Date: 11/25/2019

Case No: 2019SC-006619-0000-LK    Presiding Judge: MARY CATHERINE GREEN

```
                                    Present
Plaintiff Name                      Pl   Atty
PURDY, ANGELA                        Y    Y
Attorney: BRYAN J. GEIGER


                                    Present
Defendant Name                      Def Atty  Served  Adm/Den
CREDIT PROTECTION ASSOCIATION LP     N           Y
Attorney:
```

------------------------------------------
RESULT: CONTINUED
APPLIES TO DEFENDANT(S):
    CREDIT PROTECTION ASSOCIATION LP


MEDIATION: NOT ATTEMPTED

PLAINTIFF WITNESSES: 0    DEFENDANT WITNESSES: 0

ADDITIONAL INFORMATION:
CH - PLAINTIFF TO PROVIDE NOTICE OF HEARING WITH AFFIDAVIT OF FEES